# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2026 JAN 20 P 12: 04
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Matthew Lecher,
1103 Del Bean Street
Viroqua, WI 54665
Plaintiff, Pro Se

26-cv-45-jdp

v.

Western Economic Consortium,
Human Services Division
210 West Oak Street, Sparta WI 54656
and 318 Fair Lane Drive, Viroqua WI 54665
Defendant.

## COMPLAINT FOR VIOLATIONS OF TITLE VI, ADA, AND EQUAL PROTECTION — EQUAL FOOD ACCESS DISCRIMINATION

### Nature of the Action

This is a federal civil rights action brought under Title VI of the Civil Rights Act of 1964, the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), and the Equal Protection Clause of the Fourteenth Amendment, enforceable via 42 U.S.C. § 1983. Plaintiff seeks to redress unlawful discrimination, denial of benefits, and unequal treatment in access to federally funded food assistance (SNAP / FoodShare) programs.

### Statement of Facts

1. Plaintiff Matthew Lecher was a recipient applicant for SNAP/FoodShare assistance administered by the Western Economic Consortium (Human Services Division).
2. Beginning in or around October 2023, Plaintiff was disqualified from the food assistance program after testing positive for a small amount of THC.
3. Plaintiff's physician had recommended an over-the-counter relaxant containing trace THC components to address anxiety, stress, and health issues related to homelessness while living in an abandoned building.
4. As a result of the agency's denial, Plaintiff was deprived of adequate nutrition and food access, suffering malnutrition and weight loss to approximately 113 pounds.
5. The denial persisted from October 2023 through October 2024.
6. During administrative review, an official stated, 'Next time you might not want to take your medication,' which demonstrates bias and disregard for Plaintiff's medical condition, violating protections under the ADA and Equal Protection Clause.
7. Defendant's conduct caused Plaintiff emotional distress, physical harm, and deprivation of federally protected rights to equal program access.

## Claims for Relief

### Count I – Violation of Title VI of the Civil Rights Act (42 U.S.C. § 2000d)
Defendant unlawfully discriminated in a federally funded program by denying benefits on a basis not permitted under federal law, resulting in unequal food access.

### Count II – Violation of the Americans with Disabilities Act (42 U.S.C. § 12132)
Defendant failed to provide reasonable accommodation and discriminated against Plaintiff on the basis of disability and medical treatment associated with a doctor-recommended relaxant.

### Count III – Violation of the Equal Protection Clause (U.S. Const. amend. XIV; 42 U.S.C. § 1983)
Defendant, acting under color of state law, denied Plaintiff equal protection of the laws and engaged in arbitrary and discriminatory conduct in administering food assistance.

## Relief Requested

Plaintiff respectfully requests that this Court:
1. Enjoin Defendant from further discriminatory practices in food assistance determinations;
2. Order reinstatement or eligibility restoration of food benefits;
3. Award compensatory damages for emotional distress, malnutrition, and related harms;
4. Award punitive damages to deter future violations;
5. Award costs and reasonable fees; and
6. Grant such other and further relief as the Court deems just and proper.

## Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____
Matthew Lecher, Pro Se Plaintiff
1103 Del Bean Street
Viroqua, WI 54665
Date: Nov 15, 2025